**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

LEONARD LOGAN                                                              PLAINTIFF

v.                                          3:06CV00076  JFF

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,[1]                                                DEFENDANT

### JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

IT IS SO ORDERED.

DATED this 21st day of August, 2007.

                                                            /s/ John F. Forster, Jr.
                                             UNITED STATES MAGISTRATE JUDGE

---

[1] Michael J. Astrue was sworn in as the Commissioner of Social Security on February 12, 2007. He is therefore substituted for Jo Anne B. Barnhart pursuant to Fed.R.Civ.P. 25(d)(1).